UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media, LLC,

          Plaintiff(s),

v.                 Case No. 2:15–cv–13124–GER–MKM
                 Hon. Gerald E. Rosen

John Doe subscriber assigned
IP address 73.18.192.96,

          Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

  Motion for Protective Order – #6
  Motion to Quash – #6

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Gerald E. Rosen *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/T McGovern
                  Acting in the absence of Julie Owens

Dated: October 28, 2015