UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Malibu Media, LLC,

                          Plaintiff(s),

v.                                                Case No. 2:15–cv–13124–GER–MKM
                                                Hon. Gerald E. Rosen

John Doe subscriber assigned
IP address 73.18.192.96,

                          Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion for Protective Order – #6
      Motion to Quash – #6

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by Magistrate Judge Mona K. Majzoub *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

Motion will be decided upon by the briefs unless otherwise ordered by the Court.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                             By: s/L. Bartlett
                                                    Case Manager

Dated: November 18, 2015